# POST-MARITAL AGREEMENT

**THIS AGREEMENT**, made this 10th day of November, 2005, between **NANCY LEE HAYNES BUSH** of Florida (Ms.Bush) and **LINWOOD E. BUSH** of Virginia (Mr.Bush), who are also referred to as "the parties," provides that:

**WHEREAS**, Mr. Bush and Ms. Bush were married on the 22nd day of August, 1950;

**WHEREAS**, Mr. Bush and Ms.Bush have engaged in estate planning which entails the transfer of real property to separate revocable trusts; and

**WHEREAS**, the real property conveyed was both individually held and jointly held property; and

**WHEREAS**, the parties want to clarify their respective rights in and to said real property;

**NOW, THEREFORE, IN CONSIDERATION** of the mutual promises contained herein, and with the intent of being legally bound hereby, Mr. Bush and Ms.Bush agree as follows:

1.    **Separate and Joint Property.**

Ms. Bush and Mr. Bush have conveyed to Ms. Bush's revocable trust two (2) properties located in Florida that were previously held in their joint names. The parties hereby agree that said property will not be conveyed without Mr. Bush's express written consent. The prior conveyance shall not act to change the character of the Florida properties, and the properties are to remain marital properties.

Mr. Bush and Ms. Bush contemplate a long and lasting marriage, terminated only by death, and they intend to promote and encourage their marriage through this Agreement.

2.    **Further Assurances.**

Mr. and Ms. Bush agree that each of them will execute such other documents or instruments or take such other action as may be necessary or advisable to give effect to the provisions of this Agreement or to enable the other party to sell, transfer, convey or encumber any of his or her separate property free from any claims of the other.

3.    **Entire Agreement.**

This Agreement sets forth the entire agreement between the parties with regard to the subject matter hereof. All agreements, covenants, representations and warranties, express or implied, oral or written of the parties with regard to the subject matter hereof are contained herein. All prior and contemporaneous conversations, negotiation, possible and alleged

EXHIBIT 2

agreements and representations, covenants and warranties with respect to the subject matter hereof are waived, merged herein and superseded hereby. This is an integrated agreement.

4.    **Subsequent Modification.**

The parties may modify the terms of this Agreement, but any modification shall not be effective unless it is in writing and is signed by both parties with the same formality as this Agreement.

5.    **Interpretation.**

No provision in this Agreement is to be interpreted for or against any party because that party or that party's legal representative drafted the provision. Paragraph titles or headings contained herein are inserted as a matter of convenience only, and for reference, and in no way define or describe the scope of this Agreement or any provision hereof.

6.    **Governing Law.**

This Agreement shall be construed and governed by the laws of the Commonwealth of Virginia.

7.    **Successors and Assigns.**

This Agreement shall be binding upon the parties hereto and their heirs, successors and assigns.

8.    **Severability.**

In the event any portion of this agreement is declared invalid or becomes unenforceable, such declaration or unenforceability shall not affect the remainder of the Agreement which shall be given its full force and effect according to its terms.

9.    **Specific Performance.**

Both Mr. and Ms. Bush acknowledge that their obligations under this document are unique, that breach of such obligations by one of them would leave the other without an adequate remedy at law, and that specific performance of such obligations may be obtained by a suit in equity.

**IN WITNESS WHEREOF**, the parties have signed and sealed this Agreement as of the date first written above.

-2-

_____ (SEAL)
**Nancy Lee Haynes Bush**

_____ (SEAL)
**Linwood E. Bush**

COMMONWEALTH OF VIRGINIA
CITY OF LEXINGTON, to-wit:

On this 10th day of November, 2005, **Nancy Lee Haynes Bush**, and **Linwood E. Bush**, known to me to be the persons described in and who executed the foregoing instrument, appeared personally before me and acknowledged the same as their free act and deed.

_____
**Notary Public**

My commission expires: Jan. 31, 2008

-3-